# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKITA TURIK *et al.*,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPEDIA INC., *et al.*<br><br>　　　　Defendants | Civil Case No.:  12-cv-4365-JSW<br><br>(related to C-12-4582 JSW) |
| LAITH ULABY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPEDIA, INC., *et al.*<br><br>　　　　Defendants | Civil Case No.:  12-cv-4582-JSW<br><br>(related to C-12-4365 JSW) |
| CAROLYN OLCOTT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KIMPTON HOTEL & RESTAURANT GROUP, LLC, *et al.*<br><br>　　　　Defendants | Civil Case No.:  12-cv-4673-JSW<br><br>(related to C-12-4365 JSW) |
| AMY WITTENBERG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPEDIA INC., *et al.*<br><br>　　　　Defendants | Civil Case No.:  12-cv-4754-JSW<br><br>(related to C-12-4365 JSW) |
| DAVID PIENING, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>EXPEDIA INC., *et al.*<br><br>　　　　Defendants | Civil Case No.:  12-cv-4805-JSW<br><br>(related to C-12-4365 JSW) |

[~~PROPOSED~~] ORDER VACATING ORDER SETTING CASE
MANAGEMENT CONFERENCE AND REQUIRING JOINT
CASE MANAGEMENT CONFERENCE STATEMENT

|  |  |
|---|---|
| MARCELLO ROMANELLI,<br><br>　　　　Plaintiff,<br>v.<br><br>EXPEDIA INC., *et al.*<br><br>　　　　Defendants. | Civil Case No.:  12-cv-4883-JSW<br><br>(related to C-12-4365 JSW) |
| BRANDON MARTINEZ,<br><br>　　　　Plaintiff<br>v.<br><br>KIMPTON HOTEL & RESTAURANT GROUP, LLC, *et al.*<br><br>　　　　Defendants | Civil Case No.:  12-cv-5816-JSW<br><br>(related to C-12-4365 JSW)<br><br>**[PROPOSED] ORDER VACATING ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This cause comes before the Court on Defendants' Request to Vacate Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement.  The Request is GRANTED, and the Order Setting Case Management Conference and Requiring Joint Case Management Conference Statement (No. C-12-4365 JSW; Doc. No. 27) is VACATED.

**IT IS SO ORDERED.**

Dated: __December 3__, 2012

　　　　　　　　　　　　　　　　　　　　　　*Jeffrey S. White*
　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE